# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983 in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 MAR 7 A 10: 03

CLERK
SO. DIST. OF GA.

Margaret Bartholomew
Gunter

_____

(Enter above full name of plaintiff or plaintiffs)

CV122- 027

v.

Daniel K French
Natalie S Paine
Richard Roundtree

_____

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes _____   No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

    Plaintiffs: _____

    Defendants: _____

2. Court (if federal court, name the district; if state court, name the county):

    _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____/_____

6. Approximate date of filing lawsuit: _____/_____

7. Approximate date of disposition: _____/_____

8. Were you allowed to proceed in forma pauperis (without prepayment of fees)?   Yes _____   No __✓__

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____   No __✓__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____/_____
   
   Defendants: _____/_____

2. Court (name the district):
   _____/_____

3. Docket number: _____/_____

4. Name of judge assigned to case: _____/_____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____/_____

6. Approximate date of filing lawsuit: _____/_____

2

7. Approximate date of disposition: _____/_____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____   No ✓

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____   No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: Charles B Webster Detention Center

A. Is there a prisoner grievance procedure in this institution?   Yes ✓   No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓   No _____

C. If your answer to B is yes:

1. What steps did you take? I filed a Grievance #453734 I filed a written and formal complaint to Internal Affairs at 400 WALTON WAY, I filed a Prea then my mother talked to IA at 400 WALTON WAY AUGUSTA, I Grieved Again 452978 filed a Prea 453169, 453735, My Mother has an open Grie with IA! • Filed Grievance with the Bar

2. What was the result? Internal Affairs said that they would come see me, But didn't, the deputys who assaulted me are still allowed in this facility by Jail Admin, no results, no contact with me by IA, Jail Admin, or anyone! After filing 3 Griev and 3 Prea no contact

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ✓  No ___

If yes, what was the result? No response or contact was made with me!! Grievance's against Deputy (ROBO) were overlooked and swept under the rug.

D. If you did not utilize the prison grievance procedure, explain why not: ___

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Margine B Gunter
   Address: 1941 Phinizy Rd
   Augusta GA 30906

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Richard Roundtree
   Position: Sheriff of RSSO RCSO
   Place of employment: RCSO
   Current address: 400 WALTON WAY
   AUGUSTA GA 30901

C. Additional defendants: Daniel K French #272660
   Natalie S PAWE

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) Use of Excessive force: On the Date 12-13-2021 Sheriff Richard Roundtree sent and ordered some 20 Road Deputies to halt road duties and enter detainment facility CBWDC and commence a full jail search. Late into there search at 10:30 a deputy William Mcclure who assisted in my current detainment at Facility CBWDC is seen on an camera after searching five other dorms standing in the hallway before entering G-C pointing me out with Malice to two white male Deputies full names not given to me by Authorities. These deputies run into the dorm yelling "Get the F*** down, the two white males are seen coming directly towards me the shorter white male whips his baton out then snatches my thermal top away after I crouched giving up he then slams my face first into the concrete he then calls me a "nigger" "You f*** king Baby Killer" the slams caused a cut and a black eye, he then cuffs me and stands me up and a Gang Unit Deputy only known a Deputy Goulin assist him in taking me into G-C-4 this was seen and heard by Monteco Freeman Devon Nealy and Wesley Prichard After I was taken into G-C-4 Deputy Goulin Props open the door with a guran, while the unknown deputy punched me in the ribs

5

Attached Claims

and Pushed me into the wall calling me a "Baby Killer" saying he would have me killed for what I was detained for. punching and slamming me was a violation of my 8th and 14th amendment rights. There was no reason for the attack against me - camera say incident Dec 13 2021

2) Sexual Assault) Deputy Groulin then comes over to me after propping the door with a quran says "open up, and strip" then puts his finger in my mouth and swishes them around. then pulls my thermal bottoms and briefs down in one swoop exposing my bare body minus shirt and jumpsuit at my ankles, I was cuffed the whole while and this was witnessed by Clarence Brown who was in his bed watching while my 8th and 14th amendment rights were violated. I felt violated and sexually Assaulted which left my Manhood "tried" and me emotionally disturbed

3) Tampering, Coercing the Crime Scene, Prosecutorial Misconduct) Natalie S Paine former Augusta Judicial Circuit Richmond County District Attorney Coerced a crime scene of a "child struck by stray bullet" on 4-16-19 known as case 2019RCCR00946

Attached Claims

violating the 5th and 6th amendment rights of a person, me, she injured the judicial Process by unconstitutionally coercing the crime scene with improper motive by knowingly, placing herself at the crime scene; to coerce outside of her scope of early investigator and observer, immediately after incident took place. She is seen on body camera of officers and lead investigator orchestrating and leading before lead investigator can procure the scene in full. She's seen ordering and becoming involved with siblings and telling DFacs to call her office to get early updates. She is also noted early in discovery to have orchestrated and took over the investigation I suspect tampering, I asked appointed attorney to seek Dismissal by motion for violation of my 4th, 5th and 6th Amendment rights, initiating my current Detainment, Over charged after her misconduct

Attached Claims

4) Ineffective Assistance of Counsel. Since being assigned by the State to represent me as counsel Daniel K Franch #272660 has been ineffective as counsel in resolving case #2019RCCR00946 from incident on 4-16-19. I have only seen Daniel K Franch #272660 a couple of times since being detained, those times we seen him (3x) I have firmly asked and demanded him to file motions, Demurrers and Dismissals, where he promised he would, but he hasn't done anything except waste time for pretrial filing and acted without Professional Standards he has as a fact violated my 6th amendment rights. I wrote him in July 2019 and Demanded with need and urgency for him to file a motion for change of venue because of high Publicity and constant media Attention it recieved at a local level (Facebook, Augusta Chronicle, Jail report And All 5 local news outlets, their news Interview with my Sons Mother Jackqueline Ingram, Podcast Topic of Accused) caused Pretrial Prejudice locally which hindered my right to a fair trial locally. he made no contact at all until I tried to remove him Pro-Se So I could request a Public Defender, not a State hired attorney, JUDGE Daniel J Craig Deferred Judgement went to recess and didnot recivess. the

Attached Claims

On going conflict between Me and Daniel Franch, this hearing was Oct 31 2020 the only time I've been in court. Soon after trying to remove Dan Franch he contacted my mother via Phone and promised her that I wouldn't serve anything past Jail time cause he that "this is a family issue", and that "I didn't commit Aggravated against Jackqueline" and he knows this from the discovery My mother informed me that he also said that he tried to reinsure her that it was an unintentional Slaying that I would be held liable for on the lesser charge and hes pursuing and agreement with the D.A. and Prosecutor for reduced charges with time served probation. After speaking with her he made no contact, written or Appearance or notification to relatives, I filed Grievance with the BAR of Georgia and followed it with 6 complaints to Office of General Counsel, I complained to the local Public Defender Council and office for them to remove Mr Franch, I was told By Senior Public Defender Kelly Williamson that the Public Defender office would not represent me because of conflict, a conflict I fail to see, this was upheld by Circuit Public Defender Rahman Bowick, I have continued to write Dan Franch with letters Commanding and Demanding

Attached Claims

him to file a Demurrer against Count 2 predicate Aggravated Assault against its substance for failure to support a conviction, I demanded him to file a motion to reduce charges, seek proper lesser charges, involuntary manslaughter, reckless conduct or file a motion for Dismissal for misconduct by Natalie S Paine for her coercing the Crime Scene. he has done no such thing and is clearly in error I believe he is helping the State wrongly convict me in an overcharged case he has violated my 6th amendment rights and has not moved with diligence, he made no attempt to even come and see me after I was assaulted by road deputies who had helped initially detained me, I believe he is working with the state, and I will never trust him.

5) Conspiracy. I believe that Amongst persons involved with case # 2019RCCR00946 there exist a conspiracy between local law enforcement, State paid attorney and the initial conspirator an ex Richmond County District Attorney, this conspiracy is strong enough to deprive me of constitutional rights, An argument occurred between K 9 Richmond County Sheriffs Deputy William Mcclure and I over why

Attached Claims

I continually complained to RCSO Lt Grant over incident on Dec 13 2021 wherein he became loud and testy and over talked me saying "I know the DA and the Judge" I asked him "What that meant" he said loudly "You know" "What does that mean" I asked again he said "Nat already set it up, Your lawyer wont help you we got you dead to rights, I dont care accident or not" I thought about what he said and thus Nat struck me as Natalie Paine this exchange was seen on Camera February 1 2022 I have continuously complained to proper Authority about specific road deputies coming inside of RCSO detainment facility CBWDC I believe that Dan French is aiding the State in an invidiously discriminatory way, I believes he intends to sell me out to the District Attorney and Prosecutor he has only seen me (3)x and I believe he is apart of this conspiracy, I fear for my life and freedom

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Excessive Force • For damages I would like to be paid 125,000 $ US Dollars

2) Sexual Assualt • For damages I would like to be paid 175,000 $ US Dollars

3) Prosecutorial Misconduct • For time and loss of liberty • Dismissal of case # 2019RCCR00946 with Prejudice

4) Ineffective Assistance of Counsel • Removal of Counsel and Replacement with Different Counsel

5) Conspiracy • for every person named to be made no contact of any with my person relatives or any one involved

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of March, 19___. 2022

Prisoner No. 629584

Margue B Gunter
(Signature of Plaintiff)

6

Marquie B Gunter #629594
1941 Phinizy Rd FA-10 CRWOC
Augusta GA 30906

Clerk U.S District
Court
Post Office Box 1130
Augusta GA 30903

